No. 01–6930. JOHNSON v. NEW YORK CITY EMPLOYEES INCOME RETIREMENT SYSTEM PENSION PLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–6931. BOLDEN v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6934. BAYOUD v. MIMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6935. CARPENTER v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6938. HARRISON v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6940. HANSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–6941. HOOKER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–6942. FLAGG v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6943. HUETT v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6945. HOLLINGSWORTH v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–6946. INGE v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6949. REUTER v. SANTA CLARA COUNTY DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 01–6950. PIERCE v. HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.